IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAMONA LAIRD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO.: 1:16-cv-539-GMB |
| | ) |
| AETNA LIFE INSURANCE CO., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **FINAL JUDGMENT**

In light of the parties' Joint Stipulation of Dismissal (Doc. 112), it is ORDERED that all claims asserted by Plaintiff Ramona Laird are DISMISSED with prejudice, each party to bear its own costs. The Clerk of Court is DIRECTED to enter this document as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

DONE this 9th day of July, 2018.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE